1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9  IN THE UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | CASE NO. CR S 00-0323 KJM |
|---|---|
| Plaintiff, | MOTION TO RECALL ARREST WARRANT AND CLOSE CASE; |
| v. | ORDER |
| KHACHIK SIMONYAN, | |
| Defendant. | |

An indictment was filed in this matter on June 22, 2000, an indictment was returned against the above-referenced defendant alleging a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and Abetting]. (Docket, #1). A superseding indictment was returned against the same defendant on August 24, 2000. (Docket, # 18). A second superseding indictment was returned against this defendant and a co-defendant on April 19, 2001. (Docket, #50). Both named defendants appeared in this district and the co-defendant resolved his case by a guilty plea. (Docket, ## 59, 64, 115. Defendant Simonyan was convicted following a jury trial. (Docket, ## 143-144). Simonyan failed to appear for his sentencing, an arrest warrant issued, and he has made no further appearances in this case. (Docket, # 163).

Subsequently, the government confirmed Simonyan's presence in Armenia. Earlier this year, the government was informed by the Armenian government that Simonyan had passed away on or about

MOTION TO RECALL WARRANT AND          1
CLOSE CASE; ORDER

April 25, 2013.  The government was provided with a copy of a death certificate, and noted the same date of birth and Social Security number belonging to the identified deceased and the defendant.

Based upon the foregoing, the government respectfully requests that the arrest warrant be recalled.  In addition, because proceedings against Simonyan's co-defendant are no longer pending (see, e.g., Docket, # 176), the government asks that this case be closed on the Court's docket.

Dated:  October 1, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant United States Attorney

**O R D E R**

Good cause having been provided, the arrest warrant is recalled and Case CR S 00-0323 KJM shall be closed on the Court's docket.

**SO ORDERED:**

DATED: October 2, 2014.

_____
UNITED STATES DISTRICT JUDGE

MOTION TO RECALL WARRANT AND
CLOSE CASE; ORDER

2